E-FILED: 06-18-2014

CLOSED

Edwin J. Richards #43855
edwin.richards@kutakrock.com
Antoinette P. Hewitt #181099
antoinette.hewitt@kutakrock.com
Christopher D. Glos, # 210877
christopher.glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendant
CITY OF WEST HOLLYWOOD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KIHAGI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST HOLLYWOOD, CALIFORNIA, A California public facilities corporation,<br><br>Defendant. | Case No. 2:14-cv-00936–PSG (JEMx)<br><br>Assigned to Hon. Philip S. Gutierrez, District Judge, Ctrm 880 – Roybal Cthse<br>Hon. John E. McDermott, Magistrate Judge, Ctrm C – LA – Spring Str Cthse<br><br>**[EXEMPT FROM FILING FEES PURSUANT GOVERNMENT CODE § 6103]**<br><br>[~~PROPOSED~~]<br><br>**JUDGMENT AS TO PLAINTIFF ANNA KIHAGI**<br><br>Complaint Filed: February 12, 2014<br>**Trial Date:** None set |

Plaintiff Anna Kihagi ("Plaintiff") filed a Complaint alleging claims for violation of (1) the Federal Fair Housing Act, (2) the California Fair Employment and Housing Act, and (3) the West Hollywood Municipal Code section 9.28.030. Defendant City of West Hollywood ("Defendant") responded by filing a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 12), and a Motion to Strike Plaintiff's second and third claims pursuant to California Code of Civil Procedure section 425.16 (Docket No. 11) (singularly, "Motion", collectively, "Motions").

1  The Court found these Motions appropriate for decision without oral argument. *See* FED. R. CIV. P. 78(b); L.R. 7-15.

2  Defendant's Motions were set for hearing on June 16, 2014. As a result, Plaintiff's opposition briefs were due on May 23, 2014. *See* L.R. 7-9. Plaintiff did not file an opposition brief for either Motion. Pursuant to Local Rule 7-12, the Court deemed Plaintiff to have consented to the Motions. Plaintiff did not and has not requested leave to amend.

After considering Defendant's unopposed moving papers, the Court granted the Motions on May 28, 2014, and dismissed the Complaint without leave to amend.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment of Dismissal be entered in favor of Defendant against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Defendant.

Dated: ___June 18___, 2014

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United States District Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4840-2954-2171.1

- 2 -

2:14-cv-00936-PSG-JEMx

[PROPOSED] JUDGMENT AS TO PLAINTIFF ANNA KIHAGI